UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
USA

   -v-                                                                                 ORDER
                                                                                      2002CR 561

THOMAS DESERIO
----------------------------------------------------X

     The Court has tried on numerous occasions to reschedule this matter for sentence, the most recent communication with defense counsel being September 14, 2006. Counsel has not communicated with the court to set up a sentence date where all counsel and defendant's doctor are available. This Court is now scheduling a date for sentence.

     Sentence is scheduled for Thursday, October 26, 2006 at 9:30 a.m. No adjournments will be granted. The parties will be prepared to go forward with sentence at this time.

                                                          /s/
                                                          Thomas C. Platt
                                                          United States District Judge

Dated: October 2, 2006
       Central Islip, NY